PAGANO, INC., v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 980.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

KENNARD M. ANDERSEN as Administrator C. T. A. of the Estate of MARTINUS ANDERSEN, Deceased, v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See 267 App. Div. 980.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of CLEMENT JAVETE against BOARD OF SUPERINTENDENTS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 765.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of ENRICO GALANTE against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See ante, p. 760.] Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

HENRY VOLLMER, JR., as Trustee in Bankruptcy of CASPER M. BOWER, v. WALTER SELIGMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. [See ante, p. 764.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

## (October 23, 1944.)

HANNA MARCH, Respondent, v. CYRUS P. MARCH, Appellant.— Order unanimously reversed, without costs, and the motion denied without prejudice to a renewal in the event that it is established that the defendant has failed to pay fifteen dollars weekly for the support, maintenance and education of the daughter of the parties. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

## (October 27, 1944.)

EDWARD GOODFRIEND, Appellant, v. MILDRED GOODFRIEND, as Executrix of NATHAN GOODFRIEND, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SOLOMON TALBERT, Respondent-Appellant, v. AMERICAN FRUIT GROWERS, INC., Appellant, and GEORGE KEE, Defendant-Respondent.— Order, and judgment so far as appealed from, unanimously affirmed, with costs and disbursements to the plaintiff-respondent against the defendant-appellant, American Fruit Growers, Inc., and with costs to the defendant-respondent George Kee against the plaintiff-appellant. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Trustee under Declaration of Trust Dated July 1, 1937, Appellant, v. CHEMICAL BANK & TRUST COMPANY et al., as Executors of JESSE SHARP, Deceased, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 965.]

ALDEN L. SIMKINS, Respondent, v. ELMHURST CONTRACTING CO., INC., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [181 Misc. 791; 181 Misc. 793.]